**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **FAYE R. HOBSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **RETIRED GENERAL JAMES MATTIS,** ) <br> **Secretary, Department of Defense,** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No. 3:16-cv-0774** <br> **Judge Aleta A. Trauger** |

## ORDER

As an initial matter, the court takes judicial notice that Retired General James Mattis was confirmed as Secretary of Defense on January 20, 2017. He is automatically substituted as the defendant in this action by operation of Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk is **DIRECTED** to make this change on the docket.

Before the court are the plaintiff's Written Objections (Doc. No. 25) to the magistrate judge's December 19, 2016 Order (Doc. No. 23) purporting to grant the defendant's Motion to Dismiss Improper Parties (Doc. No. 21).

The court construes the magistrate judge's Order as a Report and Recommendation ("R&R"), since it addresses a dispositive matter. Accordingly, the court has reviewed *de novo* the Motion to Dismiss Improper Parties. For the reasons discussed in the accompanying Memorandum, the plaintiff's Objections are **OVERRULED**, the R&R is **ACCEPTED** as modified by the court's Memorandum, and the defendants' motion (Doc. No. 21) is **GRANTED**. All claims against the individual defendants named in this action—Steven Won, Jennifer Kehe,

Susan (Shelly) Kennedy, Dr. Judith Allen, Thomas Brady, and Linda Curtis—are hereby **DISMISSED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge